UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80842-CIV-RYSKAMP/HOPKINS

PATRICIA KENNEDY, individually,

    Plaintiff,

v.

SUBURBAN SQUARE, LLC, a Florida
limited liability company,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the parties' joint stipulation of dismissal with prejudice, filed October 1, 2015 **[DE 15]**. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 5th day of October, 2015.

                                                S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE